UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>     Plaintiff,<br><br>    v.<br><br>D. MOORE, ET AL.,<br><br>     Defendant(s). | Case No. CV 21-3551-CBM (KK)<br><br>JUDGMENT [JS-6] |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: MAY 24, 2022

                  /s/ *signature*
                  HON. CONSUELO B. MARSHALL
                  Senior United States District Judge